UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Case No. 11-16017 |
|---|---|---|
| | ) | |
| UNDERLY, THOMAS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on October 25, 2012 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: September 21, 2012          By: /s/ Richard M. Fogel
                                                        Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: UNDERLY, THOMAS | § Case No. 11-16017 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 9,000.00 |
| **Balance on hand:** | $ 9,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,650.00 | 0.00 | 1,650.00 |
| Attorney for Trustee, Fees - JOHN V. DEL GAUDIO JR., LTD. | 2,700.00 | 0.00 | 2,700.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,350.00 |
| Remaining balance: | $ 4,650.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $    0.00
    Remaining balance: $    4,650.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,964.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of the Treasury - | 28,964.26 | 0.00 | 4,650.00 |

    Total to be paid for priority claims: $    4,650.00
    Remaining balance: $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,164.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Travel Related Services | 828.00 | 0.00 | 0.00 |
| 2A | Vince Lombardo & Becky Lombardo | 9,900.00 | 0.00 | 0.00 |
| 3U | Department of the Treasury - | 24,369.43 | 0.00 | 0.00 |
| 4A | Pella Windows & Doors, Inc. | 5,733.50 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 5,050.09 | 0.00 | 0.00 |
| 6 | American Express Bank, FSB | 1,458.18 | 0.00 | 0.00 |
| 7 | Grove Welding | 2,900.33 | 0.00 | 0.00 |
| 8 | Inderbir Gill | 32,925.00 | 0.00 | 0.00 |

    Total to be paid for timely general unsecured claims: $    0.00
    Remaining balance: $    0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 11-16017-JBS
Thomas Underly                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: cturner               Page 1 of 2          Date Rcvd: Sep 24, 2012
                               Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2012.
db           Thomas Underly,    808 Central Ave.,    Wilmette, IL 60091-2606
18299210     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18084512     American Express Travel Related Services,    Co, Inc Corp Card,    c o Becket and Lee LLP,
              POB 3001,    Malvern, PA 19355-0701
17164124     American Express Travel Related Services Co Inc,    Corp Card,    c/o Becket and Lee LLP,
              POB 3001,    Malvern PA 19355-0701
17137723    +Andzej Beige, c/o Morrisroe & Assoc.,    114 S. Bloomingdale Rd.,    Bloomingdale, IL 60108-1239
17137734     Business Capital American Express,,    Acct: xxx-xxx-xxxx-x1004,    and xxx-xxx-xxxx-x2005,
              P.O. Box 360001,,   Fort Lauderdale,FL 33336-0001
17137724    +Century Tile,   747 E. Roosevelt Rd.,    Lombard, IL 60148-4742
17137733    +Citibank,   Acct:xxxx-xxxx-xxxx-8114,    and xxxx-xxxx-xxxx-7965,    PO Box 20363,
              Kansas City, MO 64195-0363
17137735    +City of Chicago, c/o Linebarger, Goggin,    Citation No. 7001654794,    PO Box 06152,
              Chicago IL 60606-0152
17137716    +Emalfarb, Swan & Bain,    File No. xxxx.0002,    440 Central Ave.,    Highland Park, IL 60035-2688
17137732    +Grove Welding,    9120 Terminal Ave.,   Skokie IL 60077-1514
17137730    +Hartford Meiers, Inc c/o Richard Nawracaj,    1 S. Dearborn, 21st Floor,    Chicago, IL 60603-2307
17137719    +Inderbir Gill,    Peter L Berk,   79 West Monroe St Ste 900,    Chicago, IL 60603-4914
17137731    +Jeremy Stewart c/o James J,. Flood, PC,    6097 N Northwest Hwy.,    Chicago, IL 60631-2502
17137726    +Leprecaun Portable Restrooms,    4808 W. Wilson,    Chicago, IL 60630-3851
17137721    +Michael Lux, c/o DePew & Dehn,    201 W. Olive St.,    Bloomington, IL 61701-5013
17137727    +Nysa Electrical,    5630 Westview Lane,   Lisle, IL 60532-2767
18246890    +Pella Windows & Doors, Inc.,    c/o Mark Gryska,    Nigro, Westfall & Gryska, P.C.,
              1793 Bloomingdale Rd,    Glendale Heights, IL 60139-2187
17137728    +TGM Plumbing,    4246 N Milwaukee,   Chicago, IL 60641-1643
17137725    +Trans Can Recycling,    11 S 375 Jeans Rd.,   Lemont, IL 60439-8839
18127414    +Vince Lombardo & Becky Lombardo,    c/o Lavelle Law,    501 W. Colfax,    Palatine, IL 60067-2545
17137729    +Vince Lombardo, c/o Lavelle Law, Ltd.,    501 W Colfax St.,    Palatine, IL 60067-2545
17137722    +Wesley Realty Group,    832 Custer Ave.,   Evanston, IL 60202-2269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17137717      E-mail/Text: cio.bncmail@irs.gov Sep 25 2012 01:52:20     Department of the Treasury -,
               Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
17137718      E-mail/Text: cio.bncmail@irs.gov Sep 25 2012 01:52:20
               Department of the Treasury - Internal Revenue Serv,    Taxpayer ID No. xx-xxx8991,
               Centralized Insovency Operations,    PO Box 21126,   Philadelphia, PA
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17137720     Lexis Financial,    Acct: x-xxx-BW112,    PO Box 5258,   Carol Stream
18299211*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2012**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: cturner              Page 2 of 2                   Date Rcvd: Sep 24, 2012
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2012 at the address(es) listed below:

              Jennifer L. Barton    on behalf of Debtor Thomas Underly jbarton@rsplaw.com
              John V Delgaudio    on behalf of Plaintiff Richard Fogel JVD@JVDLaw.com,   John@LifeToLegacy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter L Berk    on behalf of Creditor Inderbir Gill plberk@berklegal.com
              Richard H Fimoff    on behalf of Debtor Thomas Underly rfimoff@rsplaw.com,   fb@rsplaw.com
              Richard M Fogel    rfogel@shawgussis.com,   IL72@ecfcbis.com
                                                                                             TOTAL: 6