# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: UNDERLY, THOMAS § Case No. 11-16017
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,250.00 *(without deducting any secured claims)* | Assets Exempt: $550.00 |
| Total Distribution to Claimants: $4,650.00 | Claims Discharged Without Payment: $192,574.54 |
| Total Expenses of Administration: $4,350.00 | |

    3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 2,700.00 | 4,350.00 | 4,350.00 | 4,350.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,042.75 | 28,964.26 | 28,964.26 | 4,650.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 133,196.34 | 83,164.53 | 83,164.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $151,939.09 | $116,478.79 | $116,478.79 | $9,000.00 |

4) This case was originally filed under Chapter 7 on April 14, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2012          By: /s/RICHARD M. FOGEL
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Turnover action vs. Charlene Caponi-Underly | 1241-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Emalfarb, Swan & Bain N | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| JOHN V. DEL GAUDIO JR., LTD. | 3210-000 | N/A | 2,700.00 | 2,700.00 | 2,700.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,350.00** | **$4,350.00** | **$4,350.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of the Treasury - | 5800-000 | 12,095.34 | 28,964.26 | 28,964.26 | 4,650.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 3,947.41 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,042.75 | $28,964.26 | $28,964.26 | $4,650.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Travel Related Services | 7100-000 | 2,604.00 | 828.00 | 828.00 | 0.00 |
| 2A | Vince Lombardo & Becky Lombardo | 7100-000 | 9,900.00 | 9,900.00 | 9,900.00 | 0.00 |
| 3U | Department of the Treasury - | 7100-000 | unknown | 24,369.43 | 24,369.43 | 0.00 |
| 4A | Pella Windows & Doors, Inc. | 7100-000 | N/A | 5,733.50 | 5,733.50 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | 3,644.00 | 5,050.09 | 5,050.09 | 0.00 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 1,458.18 | 1,458.18 | 0.00 |
| 7 | Grove Welding | 7100-000 | 3,900.00 | 2,900.33 | 2,900.33 | 0.00 |
| 8 | Inderbir Gill | 7100-000 | 32,000.00 | 32,925.00 | 32,925.00 | 0.00 |
| NOTFILED | TGM Plumbing | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Can Recycling | 7100-000 | 6,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Nysa Electrical | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Leprecaun Portable Restrooms | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeremy Stewart c/o James J. Flood, PC | 7100-000 | 24,037.20 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Chicago, c/o Linebarger, Goggin | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 5,889.00 | N/A | N/A | 0.00 |
| NOTFILED | Hartford Meiers, Inc c/o Richard Nawracaj | 7100-000 | 6,818.12 | N/A | N/A | 0.00 |
| NOTFILED | Century Tile | 7100-000 | 422.89 | N/A | N/A | 0.00 |
| NOTFILED | Michael Lux, c/o DePew & Dehn | 7100-000 | 10,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Wesley Realty Group | 7100-000 | 3,408.00 | N/A | N/A | 0.00 |
| NOTFILED | Lexis Financial | 7100-000 | 8,199.71 | N/A | N/A | 0.00 |
| NOTFILED | Andzej Beige, c/o Morrisroe & Assoc. | 7100-000 | 7,101.42 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$133,196.34** | **$83,164.53** | **$83,164.53** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16017  
**Case Name:** UNDERLY, THOMAS  

**Period Ending:** 11/09/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 02/14/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account at JP Morgan<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Half interest in TV, furniture, compute<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. books, CD's and other bibles.<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 200.00 | 200.00 | DA | 0.00 | FA |
| 5 | Misc. clothing<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 500.00 | 500.00 | DA | 0.00 | FA |
| 6 | Businesses<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Promissory Note from RG Green Builders<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 10 | 5,000.00 | Unknown | DA | 0.00 | FA |
| 8 | Turnover action vs. Charlene Caponi-Underly  (u)<br>(See Footnote) | 0.00 | 20,000.00 | | 9,000.00 | FA |
| 8 Assets | Totals (Excluding unknown values) | **$6,250.00** | **$20,700.00** | | **$9,000.00** | **$0.00** |

 RE PROP# 8    Trustee engaged special counsel to avoid transfer of funds to non-debtor spouse and obtained
              judgment.  Judgment was settled per o/c 9-4-12.

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16017  
**Case Name:** UNDERLY, THOMAS  

**Period Ending:** 11/09/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 02/14/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  
**Current Projected Date Of Final Report (TFR):** September 21, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-16017  
**Case Name:** UNDERLY, THOMAS  

**Taxpayer ID #:** **-***0774  
**Period Ending:** 11/09/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/12 | {8} | LOUIS ROSENBERG | Settlement payment per o/c 9-4-12 | 1241-000 | 9,000.00 | | 9,000.00 |
| 10/29/12 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,650.00, Trustee Compensation; Reference: | 2100-000 | | 1,650.00 | 7,350.00 |
| 10/29/12 | 102 | JOHN V. DEL GAUDIO JR., LTD. | Dividend paid 100.00% on $2,700.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,700.00 | 4,650.00 |
| 10/29/12 | 103 | Department of the Treasury - | 16.05% dividend on Claim # 3P, Ref: XX-XXX4825 | 5800-000 | | 4,650.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,000.00 | 9,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,000.00** | **$9,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******88-66** | 9,000.00 | 9,000.00 | 0.00 |
| | $9,000.00 | $9,000.00 | $0.00 |